United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES ON BEHALF OF GENERAL EMPLOYEES TRUST FUND,

Plaintiff,

v.

MERCHANTS EXCHANGE BUILDING, LLC,

Defendant.

Case No. 26-cv-04830-JST

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: ECF Nos. 14, 17

The Court has reviewed Magistrate Judge Thomas S. Hixson's report and recommendation, ECF No. 17, to grant Plaintiff's motion for default judgment against Defendant Merchants Exchange Building, LLC, ECF No. 14. Plaintiff served Defendant with the report and recommendation on September 11, 2026. ECF No. 20. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2). The Court finds the report to be correct, well-reasoned, and thorough and adopts it in every respect. Default judgment against Defendants is granted. Plaintiffs are awarded $43,087.97 in damages, $5,130 in attorney's fees, and $780.54 in costs.

**IT IS SO ORDERED.**

Dated: October 6, 2026

JON S. TIGAR
United States District Judge